## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

SIDI MOHAMED ABDERRAHMANE )
DAHY, on behalf of himself and all )
similarly situated individuals, )
             )
       Plaintiff, )
             )   Case No. 2:17-CV-01633-LPL
             )
v. )
             )
FEDEX GROUND PACKAGE SYSTEM, )
INC., and FIRST ADVANTAGE )
BACKGROUND SERVICES CORP., )
             )
       Defendants. )

---

## MOTION FOR ADMISSION *PRO HAC VICE* OF ESTHER SLATER MCDONALD

Esther Slater McDonald, undersigned counsel for Defendants First Advantage Background Services Corp., hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant First Advantage Background Services Corp. pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Esther Slater McDonald filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

/s/ *Esther Slater McDonald*
Esther Slater McDonald (Bar ID No. 649005)*
emcdonald@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia  30309-3958
Telephone:   (404) 885-1500
Facsimile:    (404) 892-7056

*To be admitted *pro hac vice*

Counsel for Defendant First Advantage
Background Services Corp.

Date:  December 21, 2017

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

SIDI MOHAMED ABDERRAHMANE )
DAHY, on behalf of himself and all )
similarly situated individuals, )
                                )
          Plaintiff, )
                                )    Case No. 2:17-CV-01633-LPL
v. )
                                )
FEDEX GROUND PACKAGE SYSTEM, )
INC., and FIRST ADVANTAGE )
BACKGROUND SERVICES CORP., )
                                )
          Defendants. )

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2017, I electronically filed the foregoing MOTION

FOR ADMISSION *PRO HAC VICE* OF ESTHER SLATER MCDONALD with the Clerk of

Court using the CM/ECF system, which will send e-mail notification of such filing to the

following attorneys of record:

James M. Pietz
Ruairi McDonnell
Feinstein, Doyle, Payne & Kravec, LLC
Law and Finance Bldg.
429 Fourth Avenue, 13th Floor
Pittsburgh, PA 15219

Leonard A. Bennett
Craig C. Marchiando
Elizabeth W. Hanes
CONSUMER LITIGATION ASSOCIATES, P.c.
763 J. Clyde Morris Blvd, Suite 1-A
Newport News, VA 23601

Drew D. Sarrett
THE SARRETT LAW FIRM, PLLC
513 Forest Avenue, Suite 205
Richmond, VA 23229

M. Cristina Sharp
Joseph P. McHugh
FEDEX GROUND PACKAGE SYSTEM, INC.
1000 FedEx Drive
Moon Township, PA 15108

/s/  *Esther Slater McDonald*
Esther Slater McDonald