## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIDI MOHAMED ABDERRAHMANE DAHY,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., et al.,<br><br>Defendants. | Civil Action No. 2:17-cv-01633<br>Magistrate Judge Lisa Pupo Lenihan |

### DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES CORP.'S MOTION TO PERMIT COUNSEL TO APPEAR *PRO HAC VICE*

Frederick T. Smith, undersigned counsel for Defendant First Advantage Background Services Corp., hereby moves that he be admitted to appear and practice in this Court in this action as counsel *pro hac vice* for Defendant First Advantage Background Services Corp. pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Frederick T. Smith filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

FIRST ADVANTAGE BACKGROUND
SERVICES CORP.


By:  */s/*  Frederick T. Smith
 Frederick T. Smith
 Georgia Bar No. 657575
 SEYFARTH SHAW LLP
 1075 Peachtree Street, N.E.
 Suite 2500
 Atlanta, Georgia 30309-3958
 Telephone: (404) 888-1021
 Facsimile:  (404) 892-7056
 E-mail:  fsmith@seyfarth.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIDI MOHAMED ABDERRAHMANE DAHY,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., et al.,<br><br>Defendants. | Civil Action No. 2:17-cv-01633<br>Magistrate Judge Lisa Pupo Lenihan |

## CERTIFICATE OF SERVICE

I certify that on January 24, 2018, I filed DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES CORP.'S MOTION TO PERMIT COUNSEL TO APPEAR *PRO HAC VICE* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

James M. Pietz
Ruairi McDonnell
Feinstein, Doyle, Payne & Kravec, LLC
Law and Finance Bldg.
429 Fourth Avenue, 13th Floor
Pittsburgh, Pennsylvania 15219

Drew D. Sarrett
The Sarrett Law Firm, PLLC
513 Forest Avenue, Suite 205
Richmond, Virginia 23228

Leonard A. Bennett
Craig C. Marchiando
Elizabeth W. Hanes
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd, Suite 1-A
Newport News, Virginia 23601

M. Cristina Sharp
Joseph P. McHugh
FedEx Ground Package System, Inc.
1000 FedEx Drive
Moon Township, Pennsylvania  15108

                                                                 */s/* Frederick T. Smith
                                                                  Frederick T. Smith