UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

SIDI MOHAMED ABDERRAHMANE
DAHY, on behalf of himself and all
similarly situated individuals,

    Plaintiff,

v.    CASE NO: 2:17-cv-01633

FEDEX GROUND PACKAGE SYSTEM,
INC., and FIRST ADVANTAGE
BACKGROUND SERVICES CORP.,

### MOTION FOR ADMISSION *PRO HAC VICE* OF CRAIG C. MARCHIANDO

Craig C. Marchiando, undersigned counsel for Plaintiffs Sidi Mohamed Abderrahmane Dahy, et al., hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs Sidi Mohamed Abderrahmane Dahy, et al. pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Craig C. Marchiando filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

/s/ *Craig C. Marchiando*
Craig C. Marchiando (VSB: 89736)
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia  23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: craig@clalegal.com

*To be admitted *pro hac vice*

*Counsel for Plaintiffs*

Date:  February 15, 2018