UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

SIDI MOHAMED ABDERRAHMANE
DAHY, on behalf of himself and all
similarly situated individuals,

      Plaintiff,

v.                              CASE NO: 2:17-cv-01633-DSC-LPL

FEDEX GROUND PACKAGE SYSTEM,
INC., and FIRST ADVANTAGE
BACKGROUND SERVICES CORP.,

      Defendants.

## MOTION FOR ADMISSION *PRO HAC VICE* OF DREW D. SARRETT

Drew D. Sarrett, undersigned counsel for Plaintiffs, Sidi Mohamed Abderrahmane Dahy, et al., hereby moves that he be admitted to appear and practice in the above-captioned matter as counsel *pro hac vice* for Plaintiffs, Sidi Mohamed Abderrahmane Dahy, et al. pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Drew D. Sarrett filed herewith, which, it is averred satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

    /s/ Drew D. Sarrett
Drew D. Sarrett (VSB No. 81658)
The Sarrett Law Firm PLLC
513 Forest Avenue, Suite 205
Richmond, Virginia 23229
(804) 303-1951; (804) 250-6005 (fax)
drew@sarrettlawfirm.com

*To be admitted *pro hac vice*

*Counsel for Plaintiff(s)*

Dated: February 15, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2018, I caused the foregoing document to be filed with the Clerk of Court's CM/ECF system, which automatically sends a notice of electronic filing to all registered users.

    /s/ Drew D. Sarrett
Drew D. Sarrett
The Sarrett Law Firm PLLC
513 Forest Avenue, Suite 205
Richmond, Virginia 23229
(804) 303-1951; (804) 250-6005 (fax)
drew@sarrettlawfirm.com