# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIDI MOHAMED ABDERRAHMANE DAHY, on behalf of himself and all similarly situated individuals,<br><br>       Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., and FIRST ADVANTAGE BACKGROUND SERVICES CORP.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 2:17-CV-01633-LPL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF PAMELA Q. DEVATA

Pamela Q. Devata, undersigned counsel for Defendants FedEx Ground Package System, Inc., hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant FedEx Ground Package System, Inc. pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Pamela Q. Devata filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,


/s/  *Pamela Q. Devata*
Pamela Q. Devata (Bar ID No. 6275731)*
pdevata@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, IL  60606
Telephone:    (312) 460-5882
Facsimile:     (312) 460-7882

*To be admitted *pro hac vice*

Counsel for Defendant FedEx Ground Package
System, Inc.


Date:  February 26, 2018

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SIDI MOHAMED ABDERRAHMANE<br>DAHY, on behalf of himself and all<br>similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM,<br>INC., and FIRST ADVANTAGE<br>BACKGROUND SERVICES CORP.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 2:17-CV-01633-LPL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2018, I electronically filed the foregoing MOTION

FOR ADMISSION *PRO HAC VICE* OF PAMELA Q. DEVATA with the Clerk of Court using

the CM/ECF system, which will send e-mail notification of such filing to the following attorneys

of record:

> James M. Pietz
> Ruairi McDonnell
> Feinstein, Doyle, Payne & Kravec, LLC
> Law and Finance Bldg.
> 429 Fourth Avenue, 13th Floor
> Pittsburgh, PA 15219
>
> Leonard A. Bennett
> Craig C. Marchiando
> Elizabeth W. Hanes
> CONSUMER LITIGATION ASSOCIATES, P.c.
> 763 J. Clyde Morris Blvd, Suite 1-A
> Newport News, VA 23601
>
> Drew D. Sarrett
> THE SARRETT LAW FIRM, PLLC
> 513 Forest Avenue, Suite 205
> Richmond, VA 23229

M. Cristina Sharp
Joseph P. McHugh
FEDEX GROUND PACKAGE SYSTEM, INC.
1000 FedEx Drive
Moon Township, PA 15108


/s/  *Pamela Q. Devata*
Pamela Q. Devata

44453854v.1