# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIDI MOHAMED ABDERRAHMANE DAHY, on behalf of himself and all similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., and FIRST ADVANTAGE BACKGROUND SERVICES CORP.,<br><br>    Defendants. | Case No. 2:17-CV-01633-LPL |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN DRURY

  John Drury, undersigned counsel for Defendants FedEx Ground Package System, Inc., hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant FedEx Ground Package System, Inc. pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

  In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of John Drury filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

       Respectfully submitted,

       /s/  *John Drury*
       John Drury (Bar ID No. 6282785)*
       jdrury@seyfarth.com
       SEYFARTH SHAW LLP
       233 South Wacker Drive
       Suite 8000
       Chicago, IL  60606
       Telephone:   (312) 460-5623
       Facsimile:    (312) 460-7623

       *To be admitted *pro hac vice*

       Counsel for Defendant FedEx Ground Package System, Inc.

Date:  February 26, 2018

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIDI MOHAMED ABDERRAHMANE DAHY, on behalf of himself and all similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., and FIRST ADVANTAGE BACKGROUND SERVICES CORP.,<br><br>    Defendants. | Case No. 2:17-CV-01633-LPL |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2018, I electronically filed the foregoing MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN DRURY with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to the following attorneys of record:

    James M. Pietz
    Ruairi McDonnell
    Feinstein, Doyle, Payne & Kravec, LLC
    Law and Finance Bldg.
    429 Fourth Avenue, 13th Floor
    Pittsburgh, PA 15219

    Leonard A. Bennett
    Craig C. Marchiando
    Elizabeth W. Hanes
    CONSUMER LITIGATION ASSOCIATES, P.c.
    763 J. Clyde Morris Blvd, Suite 1-A
    Newport News, VA 23601

    Drew D. Sarrett
    THE SARRETT LAW FIRM, PLLC
    513 Forest Avenue, Suite 205
    Richmond, VA 23229

2

        M. Cristina Sharp
        Joseph P. McHugh
        FEDEX GROUND PACKAGE SYSTEM, INC.
        1000 FedEx Drive
        Moon Township, PA 15108

                          /s/ *John Drury*
                          John Drury

2