UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIDI MOHAMED ABDERRAHMANE DAHY, <br><br> Plaintiff, <br><br> v. <br><br> FIRST ADVANTAGE BACKGROUND SERVICES CORP., <br><br> Defendants. | Case No. 2:17-CV-01633-DSC-LPL |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Sidi Mohamed Abderrahmane Dahy and Defendant First Advantage Background Services Corp., by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that Plaintiff's action is hereby dismissed with prejudice and each party will bear its own fees, costs, and expenses.

Dated: May 22, 2019

By: */s/ Drew D. Sarrett*
James M. Pietz (PA ID 55406)
Ruairi McDonnell (PA ID 316998)
FEINSTEIN, DOYLE, PAYNE & KRAVEC, LLC
Law and Finance Bldg.
429 Fourth Avenue, 13th Floor
Pittsburgh, PA 15219
Telephone: (412) 281-8400
Facsimile: (412) 281-1007
jpietz@fdpklaw.com

Drew D. Sarrett*
THE SARRETT LAW FIRM, PLLC
8100 Three Chopt Road, Suite 203
Richmond, VA 23229
Telephone: (804) 303-1951
Facsimile: (804) 250-6005
drew@sarrettlawfirm.com

By: */s/ Esther Slater McDonald*
Frederick T. Smith*
Esther Slater McDonald*
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
fsmith@seyfarth.com
emcdonald@seyfarth.com

*Attorneys for Defendant First Advantage Background Services Corp.*

*admitted *pro hac vice*

Leonard A. Bennett*
Craig C. Marchiando*
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Blvd, Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@clalegal.com
craig@clalegal.com
eliabeth@clalegal.com

*Attorneys for Plaintiff Sidi Mohamed Abderrahmane Dahy*

*admitted *pro hac vice*


SO ORDERED


 s/ DAVID STEWART CERCONE                Date: June 5, 2019
David Stewart Cercone
Senior United States District Judge